In the Matter of LOUIS MARCUS, an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

LEONARD EDWARDS v. THE SILVER MOUNT CEMETERY ASSOCIATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ESTHER ALTMAN v. BROWN, WHEELOCK, HARRIS & CO., INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business and Affairs of the GENERAL INDEMNITY CORPORATION. CAPITAL FIRE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

LOUIS ROVEGNO and Another v. CORINNE PARROTT KANE.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

HERMAN M. FRANK v. HARMON NATIONAL REAL ESTATE CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs and stay vacated. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

ANTHONY GROVACK and Another, as Administrators, etc., of JOSE GRBAVAC, v. CARD TOWING LINE, INC., Impleaded with CARD REPAIR AND SUPPLY CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay pending the granting or final refusal by the Court of Appeals of leave to appeal granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Townley, Glennon, Untermyer and Dore, JJ.

JOSEPH VON VASS and Another v. WILLIAM H. COVERDALE and Others. GEORGE O. LASZLO and Others.— Motion for a stay granted pending the granting or final refusal of the Court of Appeals of leave to appeal, upon defendant-appellants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

JOSEPH GEORGE MEYROWITZ v. SURFACE TRANSPORTATION CORPORATION OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal of the Court of Appeals of leave to appeal. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

CHARLES McC. REEVE and Another v. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.